IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Trustees of the Plumbers and Pipefitters National Pension Fund, ) ) ) Plaintiff, ) ) v. ) ) Palm Beach Air, Inc., ) ) Defendant. ) | Case No. 1:11-cv-328 |

FEB 2 7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

THIS MATTER is before the Court on Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund's Motion for Default Judgment. Dkt. No. 10. On January 3, 2012, Magistrate Judge Ivan Davis issued a Report and Recommendation ("Report") recommending an entry of default judgment in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant Palm Beach Air, Inc. in the amount of $12,226.88, consisting of a total damages award in the amount of $10,550.59 and attorneys' fees and costs in the amount of $1,676.29. Dkt. No. 17. The parties were advised that any objections to the Report had to be filed within fourteen (14) days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of February 27, 2012, neither party filed objections to the Report. Upon review of the record of this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund's Motion for Default Judgment is GRANTED. It is further

ORDERED that default judgment be entered in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant Palm Beach Air, Inc. in the amount of $12,226.88.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 27th day of February, 2012.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia
2/27/2012